UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

QUALITY LEASING CO., INC.,                           )
Plaintiff,                                           )
v.                                                   )
INTERNATIONAL METALS LLC,                            )
MANISH PUSHYE, VALLEY FORGE                          )
EQUIPMENT, INC., MAZYAR MOTRAGHI                     )
and ROBERT STEIN,                                    )
Defendants.                                          )
_____)
INTERNATIONAL METALS LLC and                         )
 MANISH PUSHYE,                                      )
Defendants/Counterclaimants,                         )
v.                                                   )
QUALITY LEASING CO., INC.,                           )
Counterclaim Defendant.                              )
_____) Case No. 1:18-cv-01969-TWP-TAB
INTERNATIONAL METALS LLC and                         )
 MANISH PUSHYE,                                      )
Third Party Plaintiffs,                              )
v.                                                   )
VALLEY FORGE EQUIPMENT, INC. and                     )
ROBERT STEIN,                                        )
Defendants/Third Party Defendants,                   )
_____)
VALLEY FORGE EQUIPMENT, INC. and                     )
ROBERT STEIN,                                        )
Third Party Plaintiffs,                              )
v.                                                   )
MAZYAR MOTRAGHI,                                     )
Defendant/Third Party Defendant/Counterclaimant. )

**VALLEY FORGE EQUIPMENT INC. AND ROBERT STEIN'S
OBJECTIONS TO MAZYAR MOTRAGHI'S MOTION
FOR LEAVE TO AMEND COUNTERCLAIM**

Come now Valley Forge Equipment Inc. ("VFE") and Robert Stein ("Stein"), by counsel

Harold Abrahamson, and file their Objections to Mazyar Motraghi's Motion for Leaving to

Amend Counterclaim, and state as follows:

1

Less than 90 days prior to trial Mazyar Motraghi filed his motion to amend counterclaim and add three counts.

On April 24, 2019, Mazyar Motraghi filed his answer, affirmative defenses and counterclaim against VFE and Stein.  The counterclaim is 10 counts, containing 100 paragraphs and 15 pages [Doc. 69].

On April 3, 2020 the deposition of Mazyar Motraghi was taken.

Discovery in this case closed many, many months ago in the summer of 2020.

Mr. Motraghi filed a list of witness on February 3, 2021, and a list of exhibits on February 3, 2021.

In the Court's Order entered on March 2, 2021, the court requested parties to file their Statement of Claims on or about March 26, 2021 "to narrow their claims for trial".  VFE and Stein have complied.

Instructions and voie doir questions have been submitted.

The statement of claims for trial filed by Mr. Motraghi, claims intentional infliction of emotional distress and negligent infliction of emotional distress.

The additional counts sought to be incorporated in the amended complaint involve allegations of emotional distress.  There is nothing in the motion indicating why these allegations were not in the counterclaim filed nearly 2 years ago. Mr. Motraghi should not be permitted to amend his counterclaim against VFE & Stein at this time, under these circumstances, long after discovery closed, and the parties have filed documents requested pursuant to pre-trial order for the upcoming trial on June 22nd.

FOR ALL OF WHICH REASONS, VFE & Stein object to Mazyar Motraghi's Motion

for Leave to Amend Counterclaim.

April 5, 2021                                   /s/ Harold Abrahamson
                                                Abrahamson Reed & Bilse
                                                8230 Hohman Avenue
                                                Munster, IN 46321
                                                Phone: (219) 595-5306
                                                Fax: (219) 513-9754
                                                Email:  aralawfirm@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Quality Leasing Co., Inc. / Paul Fogle / Melissa Johnson
Dennis A. Dressler              Email: ddressler@dresslerpeters.com
Brian Lewis                     Email: blewis@dresslerpeters.com

International Metals LLC / Manish Pushye
David J. Jurkiewicz             Email: djurkiewicz@boselaw.com
Sarah Thompson Parks            Email: sparks@boselaw.com
Steven D. Groth                 Email: sgroth@boselaw.com

and I hereby certify that I have E-Mailed by the document to the following non CM/ECF participants:

Mazyar Motraghi                 Email: mazyarm@hotmail.com

                                                /s/Harold Abrahamson